UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/17/2022

VICTORIANO TAVAREZ individually and on behalf of all others similarly situated,

          Plaintiff,

-against-

ROWDY MERMAID INC.,

          Defendant.

1:21-cv-9782 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    The Court has reviewed the joint letter and proposed case management plan [ECF No. 12] and has determined that an Initial Pre-Trial Conference is not necessary. Accordingly, the Initial Pre-Trial Conference currently scheduled for March 23, 2022 is hereby adjourned. The Court will enter the proposed case management plan and, by separate order, refer the Parties to the District's Mediation Program.

**SO ORDERED.**

**Date:  March 17, 2022**
       New York, NY

                                          **MARY KAY VYSKOCIL**
                                          **United States District Judge**